

NUMBER 13-10-00291-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KATHLEEN ABRUZZO,                                                    Appellant,

v.

WIND DANCER CONDOMINIUM ASSOCIATION
OF CO-OWNERS, INC., ET AL.,                                         Appellees.

On appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 16, 2010, and the parties were

ordered to mediation. This cause is now before the Court on two agreed motions for

dismissal with prejudice.[1]   Accordingly, this case is hereby REINSTATED.   The motions for dismissal with prejudice state that all matters in controversy between the parties in this cause have been fully compromised and settled.   The parties request that this Court dismiss this case with prejudice.

The Court, having considered the documents on file and the agreed motions for dismissal with prejudice is of the opinion that the motions should be granted.   *See* TEX. R. APP. P. 42.1(a).   The agreed motions to dismiss are granted, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
19th day of July, 2012.

---

[1] One motion was filed by appellant and appellees Wind Dancer Condominium Association of Co-Owners and Charla Gray Tibbetts Individually and d/b/a Gray Realty and Property Management.   Another motion was filed by appellant and appellees First Spectrum Homes, Inc., First Spectrum Ltd. and First Spectrum Construction Corporation.